SARA W. JACKSON, Appellant, *v.* WESTCHESTER AUTO CREDIT CORPORATION, Respondent.

Argued October 17, 1944; decided November 22, 1944.

*John H. Jackson* for appellant.
*Charles A. Voss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.